(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>_____Middle_____ District of __Florida__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Kmaid, Joseph | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 7160 | Last four digits of Soc. Sec.No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2900 N. Atlantic Avenue, Unit 1705<br>Daytona Beach, FL 32118 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Volusia | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Same | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| [X] Individual(s)  [ ] Railroad<br>[ ] Corporation  [ ] Stockbroker<br>[ ] Partnership  [ ] Commodity Broker<br>[ ] Other_____  [ ] Clearing Bank | [ ] Chapter 7   [X] Chapter 11   [ ] Chapter 13<br>[ ] Chapter 9   [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>[ ] Consumer/Non-Business   [X] Business | **Filing Fee** (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)                                          THIS SPACE IS FOR COURT USE ONLY
[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

788446
#839.00

This document ... filed ... 11/17/04 @ 6:22pm
pursuant to Administrative Order FLMB-2003-2
governing after hours filing

(Official Form 1) (12/03) FORM B1, Page 2

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>JOSEPH KMAID | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: Middle District, Florida | Case Number:<br>3:03-bk-11798-JAF | Date Filed:<br>November 14, 2003 |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Exhibit A |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor   Joseph Kmaid<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br>September 30, 2004<br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____   09/30/2004<br>Signature of Attorney for Debtor(s)   Date |
| **Signature of Attorney**<br>X _____<br>Signature of Attorney for Debtor(s)<br>John S. Norton, Jr.<br>Printed Name of Attorney for Debtor(s)<br>John S. Norton, Jr., P.A.<br>Firm Name<br>431 N. Grandview Avenue<br>Address<br>Daytona Beach, Fl 32118<br>(386) 239-0770<br>Telephone Number<br>September 30, 2004   filed 11/17/04<br>Date   Fax 386-254-3190 | **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☐ No |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (Required by 11 U.S.C. § 110(c).)<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156. |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

PETITION WORKSHEET

```
CASE NUMBER...: 04-11690-3F1
DEBTOR........: KMAID, JOSEPH
JOINT.........:
FILED.........: 11/18/2004      CASE TYPE: I   COUNTY: 12127

INDIVIDUAL....:____    PARTNERSHIP...:____    CORPORATION...:____

DEBTOR'S ATTY.: JOHN S. NORTON   [NORTON, J][2090745]   PHONE: 386-239-0770

ADDRESS.......: 431 NORTH GRANDVIEW AVENUE, SUITE B
                DAYTONA BEACH, FL 32818

PHONE.........: 386-239-0770
```

341 MEETING DATE AND TIME: December 21, 2004 AT 1:00 pm

341 MEETING LOCATION: 300 North Hogan St., Suite 1-200
Jacksonville, FL 32202

MATRIX       ✓          INST. APP. ____      20 LRG UNSEC. MATRIX (CH 11) ____

MATRIX ON DISK ____     SOAR       ____

PRO SE         ____     Jokovrt              20 LRG UNSEC. LIST (CH 11)   ____

DISC. OF COMP. ____

_____  EXHIBIT "A" (REQUIRED IF DEBTOR IS A CH 11 CORPORATION)

_____  SUMMARY OF SCHEDULES

_____  SCHEDULES A- J (INDICATE UNDER COMMENTS IF ANY ARE MISSING)

_____  DECLARATION UNDER PERJURY

_____  STATEMENT OF FINANCIAL AFFAIRS

_____  CH 7 STATEMENT OF INTENTIONS

_____  CHAPTER 13 PLAN

COMMENTS: _____

_____

CLAIMS BAR DATE:    / /      / COMPLAINT DATE:    / /
Fee information:

Total ->    $839.00

Joseph Kmaid
2900 N. Atlantic Avenue
Unit 1705
Daytona Beach, FL 32118

John S. Norton, Jr.
431 N. Grandview Avenue
Daytona Beach, FL 32118

Internal Revenue Service
Atlanta, Ga 39901

Advanta
P.O. Box 8088
Philadelphia, PA 19101

American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336

AT&T Universal Card
P.O. 8204
S. Hackensack, N.J. 07606

Bank of America
P.O. Box 30770
Tampa, FL 33630

Best Buy
P.O. Box 5238
Carol Stream, IL 60197

BMW Bank NA
P.O. Box 30311
Salt Lake City, UT 84130

Business Loan Express
645 Madison Avenue 19th
New York, NY 10022

Capital One Bank
P.O. Box 530081
Atlanta, GA 30353

Chase Manhattan Bank
P.O. Box 15654
Wilmington, DE 19886

Chase Freedom
P.O. Box 15583
Wilmington DE 19886

Chase Manhattan Mortgage
P.O. Box 9001871
Louiseville, KY 40290

Circuit City
FNANB
P.O. Box 830008
Baltimore, MD 21283

CitiFinancial
P.O. Box 220907
Charlotte, NC 28222

Discover
P.O. Box 15251
Wilmington, DE 19886

First Union
P.O. Box 15019
Wilmington, DE 19886

Fleet Credit Card Service
P.O. Box 15368
Wilmington, DE 19886

Gate Fuel
c/o Michael Kolcun, Esq
6960 Bonneval Road, Suite 202
Jacksonville, FL 32216-6012

GE Corporation
P.O. Box 410420
Salt Lake City, UT 84141

H.S.B.C.
H.S.B.C. Suite 5356
Buffalo, NY 14270

Huntington
P.O. Box 5065 NE 09
Cleveland, OH 44101

Mayors
P.O. Box 918714
Orlando, FL 32891

MBNA Platinum Plus
P.O. Box 15469
Wilmington, DE 19886

Providian
P.O. Box 660026
Dallas Texas 75266

Ramy El Ghaly
2712 Halifax Drive
Daytona Beach, FL 32118

Sears Gold Mastercard
P.O. Box 105486
Atlanta, GA 30348

SouthTrust Bank
P.O. Box 830708
Birmingham, AL 35283

Todd K. Norman, Esquire
37 North Orange Avenue
Orlando, FL 32802-3388

U.S. Bank
P.O. Box 790429
St. Louis, MO 63179

Wachovia Bank One
P.O. Box 15153
Wilmington, DE 19886

Western Union
6200 S Quebec Street
Suite 330
Greenwood Village, CO 80111-4729

Integrated Payment Systems Inc.
6200 S Quebec Street
Suite 330
Greenwood Village, CO 80111-4729

(Official Form 1)(12/03)

| FORM B1 | United States Bankruptcy Court<br>__Middle__ District of __Florida__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Kmaid, Joseph | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): 7160 | Last four digits of Soc. Sec.No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2900 N. Atlantic Avenue, Unit 1705<br>Daytona Beach, FL 32118 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Volusia | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Same | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which<br>the Petition Is Filed (Check one box) |
|---|---|
| [X] Individual(s)   [ ] Railroad<br>[ ] Corporation   [ ] Stockbroker<br>[ ] Partnership   [ ] Commodity Broker<br>[ ] Other _____   [ ] Clearing Bank | [ ] Chapter 7   [X] Chapter 11   [ ] Chapter 13<br>[ ] Chapter 9   [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
| Nature of Debts (Check one box)<br>[ ] Consumer/Non-Business   [X] Business | Filing Fee (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| Chapter 11 Small Business (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [X] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

(Official Form 1) (12/03)                         FORM B1, Page 2

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>JOSEPH KMAID | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: Middle District, Florida | Case Number:<br>3:03-bk-11798-JAF | Date Filed:<br>November 14, 2003 |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor    Joseph Kmaid

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
September 30, 2004
Date

**Signature of Attorney**

X _[signature]_
Signature of Attorney for Debtor(s)
John S. Norton, Jr.
Printed Name of Attorney for Debtor(s)
John S. Norton, Jr., P.A.
Firm Name
431 N. Grandview Avenue
Address
Daytona Beach, Fl 32118

(386) 239-0770
Telephone Number
September 30, 2004    Nov 17 2004
Date    904 254 3190

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signature]_    09/30/04
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.